# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN DICKENS

NO. 2020 KW 0359

**JULY 06, 2020**

---

In Re:   Jonathan Dickens, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 564-824.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED.**    The district court's ruling denying relator's motion to correct an illegal sentence is reversed. For a violation of La. R.S. 14:62(B), the penalty is a fine of not more than two thousand dollars, imprisonment with or without hard labor for not more than twelve years, or both.   As a second-felony habitual offender, La. R.S. 15:529.1 (A)(1) provides that if the second felony is such that upon a first conviction, the offender would be punished by imprisonment for any term less than his natural life, then the sentence shall be for a determinate term not less than one-half the longest term and not more than twice the longest term prescribed for a first conviction.   Additionally, La. R.S. 15:529.1(G) provides that the sentence for a second felony habitual offender shall be at hard labor without benefit of probation or suspension of sentence;   however,   it   does   not   restrict   parole.     The restrictions on parole eligibility imposed on habitual offender sentences under La. R.S. 15:529.1 "are those called for in the reference statute." **State v. Esteen**, 2001-879 (La. App. 5th Cir. 5/15/02), 821 So.2d 60, 79 n.24, <u>writ denied</u>, 2002-1540 (La. 12/13/02), 831 So.2d 983.   Thus, the district court erred in restricting parole eligibility for relator's sentence as a second felony habitual offender for count two.   An illegal sentence may be corrected at any time by the court that imposed the sentence, or by an appellate court on review. <u>See</u> La. Code Crim. P. art. 882(A).   Accordingly, relator's sentence as a second-felony habitual offender on count two simple burglary is amended to delete the parole restriction and reflect that the sentence is to be served without probation or suspension of sentence.   This matter is remanded to the district court to amend the sentencing minutes and commitment order to reflect this court's ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT